UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kirstie Cutler v. Bayer Corporation, et al.* | No. 10-cv-10058-DRH |
| *Jeannie Hulett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10632-DRH |
| *Alane Jewell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11211-DRH |
| *Diana Johnson, on behalf of the estate of Laura Harris, deceased, and Diana Johnson, Individually v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13742-DRH |
| *Sarah Kepple v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12215-DRH |
| *Holly Lara, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10638-DRH |
| *Tiffany Pierce, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13290-DRH |
| *Robin Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10653-DRH |
| *Nicole Wood v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10676-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 2, 2016, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> JUSTINE FLANAGAN,
> ACTING CLERK OF COURT
>
> BY: /s/*Caitlin Fischer*
> **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.02.03 13:51:59 -06'00'

APPROVED: *David R. Herndon*
DISTRICT JUDGE
U. S. DISTRICT COURT